1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8
9

| | |
|---|---|
| 10  SHAWN MARSHALL TOMPKINS, | Case No. 1:22-cv-01415-EPG (PC) |
| 11  Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION TO OPT OUT OF AN EARLY SETTLEMENT CONFERENCE |
| 12  v. | |
| 13  S. THOMAS, et al., | (ECF No. 25) |
| 14  Defendants. | |

15

16      This matter has been referred for an early settlement conference.  (ECF No. 18).  On

17  March 1, 2023, Defendants filed a motion to opt out of the settlement conference.  (ECF No. 25).

18  According to Defendants, "Defense counsel has researched and investigated Plaintiff's claims,

19  discussed the matter with counsel's supervisor, discussed the matter with Plaintiff, discussed the

20  matter with the Defendants, and determined it would be a waste of resources to attend early ADR

21  in this matter."  (Id. at 3).

22      The Court will grant Defendants' request to opt out of an early settlement conference.[1]  A

23  settlement conference may be scheduled at a later date, if appropriate.

24  \\\

25  \\\

26  \\\

27

28

---

[1] Pursuant to the order regarding early settlement conference (ECF No. 18), Defendants did not need to file a motion to opt out of the early settlement conference.  Instead, Defendants should have filed a notice that Defendants are opting out of an early settlement conference.

Accordingly, it is ORDERED that Defendants' motion to opt out of an early settlement conference (ECF No. 25) is GRANTED.

IT IS SO ORDERED.

Dated:   **March 2, 2023**                              /s/ Erica P. Grosjean
                                                                 UNITED STATES MAGISTRATE JUDGE