1

2

3

4

5

6

7            UNITED STATES DISTRICT COURT

8            EASTERN DISTRICT OF CALIFORNIA

9

10

| | |
|---|---|
| SHAWN MARSHALL TOMPKINS, | Case No. 1:22-cv-01415-EPG (PC) |
| Plaintiff, | ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS |
| v. | |
| S. THOMAS, et al., | (ECF No. 30) |
| Defendants. | |

Shawn Thompkins ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action.

On March 30, 2023, Plaintiff filed a motion for a 120-day extension of time to respond to Defendants' motion to dismiss.  (ECF No. 30).  Plaintiff asks that he be given until August 1, 2023, to file his response.  Plaintiff asserts that he relies on other inmates for legal assistance. Plaintiff is incapable of filing his own opposition.  He cannot write due to disability impairments, and he is currently in a mental health facility.

The Court finds good cause to grant Plaintiff an extension of time.  However, Plaintiff has not adequately shown why he needs a 120-day extension.  Instead, the Court will grant Plaintiff sixty days from the date of service of this order to file his response.  If, as the extended deadline gets closer, Plaintiff believes he needs more time to file his response, Plaintiff may file another motion for an extension of time that explains why he needs the additional extension.

Accordingly, IT IS HEREBY ORDERED that Plaintiff has sixty days from the date of service of this order to file his response to Defendants' motion to dismiss (ECF No. 27).

IT IS SO ORDERED.

Dated:  **March 31, 2023**                     /s/ Erica P. Grosjean

                                               UNITED STATES MAGISTRATE JUDGE