UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN MARSHALL TOMPKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>S. THOMAS, et al.,<br><br>    Defendants. | Case No. 1:22-cv-01415-JLT-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT WITHOUT PREJUDICE<br><br>(ECF No. 36) |

    Plaintiff Shawn Tompkins is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action. On June 28, 2023, Plaintiff file a motion for leave to file an amended complaint, stating that he wants to amend the relief requested in the complaint. (ECF No. 36).

    However, Plaintiff did not submit a proposed amended complaint with his motion as required by the Court's Local Rules. *See* LR 137(c) ("If filing a document requires leave of court, such as an amended complaint after the time to amend as a matter of course has expired, counsel shall attach the document proposed to be filed as an exhibit to moving papers seeking such leave. . . .  If the Court grants the motion, counsel shall file and serve the document in accordance with these Rules . . . ."); *see also* Local Rule 183(a) ("All obligations placed on 'counsel' by these Rules apply to individuals appearing in propria persona.").

    Accordingly, the Court will deny the motion without prejudice to Plaintiff renewing his motion for leave to amend at a later date and providing a copy of his proposed amended complaint. The Court notes that Plaintiff must also comply with Local Rule 220: "Unless prior

1

approval to the contrary is obtained from the Court, every pleading to which an amendment or supplement is permitted as a matter of right or has been allowed by court order shall be retyped and filed so that it is complete in itself without reference to the prior or superseded pleading. No pleading shall be deemed amended or supplemented until this Rule has been complied with."

Accordingly, IT IS ORDERED that Plaintiff's motion for leave to file an amended complaint (ECF No. 36) is denied without prejudice.

IT IS SO ORDERED.

Dated:  **June 29, 2023**                               /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE